■ DENIS O'GRADY, Appellant, v PELHAM BAY GENERAL

HOSPITAL et al., Respondents.—Order, Supreme Court, Bronx County (Jack Turret, J.), entered on or about May 11, 1988, unanimously affirmed for the reasons stated by Jack Turret, J., without costs and without disbursements. Concur—Kupferman, J. P., Ross, Milonas and Kassal, JJ.